Melissa A. Palmer (State Bar No. 357767)
Olinsky Law Group
250 S. Clinton Street, Suite 210
Syracuse, New York 13202
t. 315.701.5780
f: 315.701.5781
e: mpalmer@windisability.com
Attorney for Plaintiff, Cherice Carmel Gilliam

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

CHERICE CARMEL GILLIAM,

       PLAINTIFF,

No. 2:24-cv-03542-WBS-DMC

-v-

LELAND DUDEK,
Acting Commissioner of Social Security,

       Defendant.

-----------------------------------------------------------

**ORDER**

Before the Court is the Motion of Plaintiff, Cherice Carmel Gilliam, for an extension of time. Because the Court finds good cause and Defendant has no objection, the Court hereby GRANTS the motion. It is hereby ORDERED that the Plaintiff has until June 2, 2025, to file her Opening Brief.  Accordingly, Defendant's deadline to file his responsive brief is extended to July 2, 2025.  Plaintiff's deadline to file a reply brief, if any, is extended to July 16, 2025.

/ / /

/ / /

1

Let the clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

Dated:  March 27, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2