**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

CHERICE CARMEL GILLIAM,

       Plaintiff,

    v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

No.  2:24-CV-3542-WBS-DMC

ORDER

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 26, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed March 26, 2026, ECF No. 17, are adopted in full.

2. Plaintiff's motion for summary judgment, ECF No. 14, is granted.

3. Defendant's cross-motion for summary judgment, ECF No. 15, is denied.

4. This matter is remanded to the Commissioner of Social Security for further administrative proceedings.

5. The Clerk of Court is directed to enter judgment and close this file.

Dated:  April 28, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2