MELISSA A. PALMER, ESQ. (State Bar No. 357767)
Olinsky Law Group
250 South Clinton Street, Suite 210
Syracuse, NY 13202
Telephone: (315) 701-5780
Facsimile: (315) 701-5781
Email: mpalmer@windisability.com

Attorney for Plaintiff, Cherice Carmel Gilliam

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

CHERICE CARMEL GILLIAM,

Plaintiff, CASE NO.: 2:24-cv-03542-WBS-DMC

-v-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

**ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d)**

Before the Court is a Stipulation for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of defendant commissioner, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

IT IS HEREBY ORDERED that **attorney fees and expenses** in the amount of Nine Thousand Dollars and Zero Cents ($9,000.00) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees may be made payable to Plaintiff's Attorney's Of Counsel firm,

**Olinsky Law Group** EIN 26-2258247

Any payment may be made either by electronic transfer fund (EFT) or by check.

Whether the check is made payable to Plaintiff or to Olinsky Law Group, **the check shall be mailed to the following address:**

**Olinsky Law Group**
**250 S Clinton St Ste 210**
**Syracuse NY 13202**

It is so ORDERED.

Dated: August 12, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE